# Liebowitz Law Firm, PLLC
### Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

March 16, 2018

**VIA U.S. MAIL**

VSL Dokumentikos Namai
c/o Daumanta Liekis
Odmin #371, q. 8
Vilnius, Lithuania

Re: *VSL Dokumentikos Namai v. IFLScience LLC* 1:17-cv-10068

Dear Mr. Liekis:

Below please find a Statement of Legal Services Rendered by Richard P. Liebowitz, Esq. in connection with the above-captioned case for the months of December 2017-March 2018.

**STATEMENT OF LEGAL SERVICES RENDERED**

| Date | Description of Services | Time | Total ($350/hr.) |
|---|---|---|---|
| 12/24/17 | • Review case file in preparation for filing | 1.2 | $420.00 |
|  | • Draft and file complaint | 1.3 | $455.00 |
| 12/27/17 | • Process service | 0.2 | $70.00 |
| 2/26/18 | • Draft and file motion to adjourn conference | 0.4 | $140.00 |
| 3/14/18 | • Draft request for entry of default | 0.2 | $70.00 |
| 3/14/18 | • Prepare and file affidavit of service | 0.2 | $70.00 |
| 3/14/18 | • Conduct legal research re: default judgment and statutory damages under Copyright Act | 2.1 | $735.00 |
| 3/15/18 | • Draft affidavit for entry of default judgment, and affidavit in support of default | 3.0 | $1050.00 |
| 3/16/18 | • Draft and file motion for default judgment | 4.2 | $1470.00 |
| **TOTAL** | - | 12.8 | **$4,480.00** |

**COSTS**

| Date | Description | Total |
|---|---|---|
| 12/24/17 | Court filing fee | $400.00 |
| 12/17/17 | Personal service fee | $85.00 |
| 1/19/18 | Certified Mail | $15.00 |
| **TOTAL** | - | **$500.00** |





Thank you,

LIEBOWITZ LAW FIRM


Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660